UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL HUNNICUTT,

        Plaintiff,

   v.

MATTHEW CATE, Secretary; *et al.*,

        Defendants.
                                   /

No. C-12-0380 EMC (pr)

**ORDER EXTENDING DEADLINES**

       Defendants' request for an extension of time to file a dispositive motion is **GRANTED**. (Docket # 21.) The Court now sets these new deadlines for the dispositive motions:

       a.     No later than **December 14, 2012**, Defendants must file and serve a motion for summary judgment or other dispositive motion. If Defendants are of the opinion that this case cannot be resolved by summary judgment or other dispositive motion, Defendants must so inform the Court prior to the date the motion is due.

       b.     Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendants no later than **January 18, 2013**.

       c.     Defendants' reply brief, if any must be filed no later than **February 1, 2013.**

       Although the Court provided a *Rand* notice regarding summary judgment in the order of service, Cefendants must provide to Plaintiff a new *Rand* notice regarding summary judgment at the time they file a motion for summary judgment. *See Woods v. Carey*, No. 09-15548, slip op. 7871, 7874 (9th Cir. July 6, 2012).

1  Plaintiff's request for the return of the original documents submitted with his motion to take
2  judicial notice dated April 9, 2012 (Docket # 10) is **GRANTED**. (Docket # 19.) The Clerk has
3  mailed those documents back to Plaintiff. In the future, Plaintiff must make copies of any
4  documents before he sends them to the Court, or pay a photocopying charge for the court to make
5  copies of his documents.

7  IT IS SO ORDERED.

9  Dated: August 1, 2012

_____
EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California

2